FORM 26. Docketing Statement

Form 26
December 2025

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 27-1067

**Short Case Caption:** In re: LS Electric Co., Ltd.

**Filing Party** LS Electric Co., Ltd.

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Whether the PTAB erred in affirming the Examiner's final rejection of claims 1-11, 14, and 21 of U.S. Patent No. 9,566,873 as unpatentable.

Relief awarded below (if damages, specify): ☒ None/Not Applicable

Briefly describe the judgment/order appealed from:

The PTAB affirmed the Examiner's final rejection of claims 1-11, 14, and 21 of U.S. Patent No. 9,566,873 as unpatentable.

| Nature of Judgment (select one:) | Date of Judgment: 8/18/2026 |
| --- | --- |

- ☒ Final Judgment, 28 USC § 1295
- ☐ Rule 54(b)
- ☐ Interlocutory Order (specify type) ______________
- ☐ Other (explain) ______________

Date: 11/05/2026

Signature: /s/ Jason A. Engel

Name: Jason A. Engel